NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM H. LOVETT, JR., D.V.M., )
)
      Appellant, )
)
v. ) Case No. 2D18-4672
)
DEPARTMENT OF BUSINESS AND )
PROFESSIONAL REGULATION, )
BOARD OF VETERINARY MEDICINE, )
)
      Appellee. )
_____ )

Opinion filed November 8, 2019.

Appeal from the Board of Veterinary
Medicine.

William H. Lovett, Jr., D.V.M., pro se.

Anthony Brian Coniglio of Department
of Business & Professional Regulation,
Tallahassee, for Appellee.


PER CURIAM.


      Affirmed.


KELLY, VILLANTI, and LUCAS, JJ., Concur.